UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

          Plaintiff,         CASE NO.: 00-CR-50039-1FL

vs.                               HON. PAUL V. GADOLA
                                 MAG. JUDGE WALLACE CAPEL, JR.
WILLIAM CLEOPHUS TINER,

          Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

The Defendant appeared before the Court on November 22, 2005, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on July 1, 2005.

The Defendant is charged with violation of Standard Condition Number 7 by testing positive for the use of cocaine on four separate occasions, starting on October 13, 2004.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on April 5, 2004.

Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by testing positive for the use of illegal drugs. Further, the information presented at the hearing indicates that the Defendant has been charged in state court with the offense of being a felon in possession of a weapon.  He has been bound over on that charge.  The report of the Probation Officer further indicates that the Defendant also stopped attending his drug treatment program in July, 2005.  He also has failed to report to the Probation Officer when required.

Accordingly, I find that he has failed to comply with the orders of the Court by using illegal substances, failing to report as required, and for possessing a weapon. The Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED:  November 22, 2005**          s/ Wallace Capel, Jr.
                                       **WALLACE CAPEL, JR.**
                                       **United States Magistrate Judge**


**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2005   , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following:  James C. Mitchell, AUSA , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: Kenneth R. Sasse, Esq., Federal Defender Office, 653 S. Saginaw St., Ste. 105, Flint, MI 48502,  United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                       s/ James P. Peltier
                                       James P. Peltier
                                       Courtroom Deputy Clerk
                                       U.S. District Court
                                       600 Church St.
                                       Flint, MI 48502
                                       810-341-7850